United States District Court
Southern District of Texas
**ENTERED**
~~March 09,~~ 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sonia Vazquez, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-23-4449 |
| | § | |
| Wal-Mart Stores Texas, LLC, | § | |
| *Defendant*. | § | |

### Scheduling Order

1. Trial: Estimated time to try: 4 days.           Bench   X  Jury

2. New parties must be joined by:           June 7, 2024
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   July 31, 2024

4. The defendant's experts must be named with a report furnished by:   August 30, 2024

5. Discovery must be completed by:           October 31, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:           November 29, 2024
   Response due by:                December 19, 2024

   Non-Dispositive Motions will be filed by:       November 29, 2024

*********************   The Court will provide these dates.   *********************

7. Joint pretrial order is due:           May 30, 2025
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:     June 30, 2025

9. Jury Selection is set for 9:00 a.m. on:       July 14, 2025

The case will remain on standby until tried.

    Signed this the 8th day of March, 2024.

                                        Peter Bray
                                        United States Magistrate Judge